**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------x

In re                            :

                                :         Chapter 13

VENESSA EDWARDS,         :

                                :

                                :         Case No.  26-10217 (DJB)

                   DEBTOR.   :

------------------------------------------------------x

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA**
**COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Pamela Elchert Thurmond, Senior Attorney; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any

other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law

or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly

reserves.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: February 6, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
        and/or
Water Revenue Bureau
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------x
In re                                  :
                                       :        Chapter 13
     VENESSA EDWARDS,                   :
                                       :
                                       :        Case No.  26-10217 (DJB)
                           DEBTOR.     :
-------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing Notice:

Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
KENNETH E. WEST
190 N. Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

Debtor's Counsel of Record:
ROGER V. ASHODIAN
Regional Bankruptcy Center of SE PA
101 West Chester Pike –Ste. 1A
Havertown, PA 19083

Via USPS Mail Delivery:
Venessa Edwards
1422 N. 12th Street
Philadelphia, PA 19122

Respectfully submitted,

Date: February 6, 2026

By: /s/ *Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054