**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor.** | **:** | **BANKRUPTCY NO. 26-10217-djb** |

**ORDER**

AND NOW, upon consideration of the Debtor's Application for a Further Extension of Time to File Schedules AB – J, Summaries, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income (B 122C-1 form), Chapter 13 Plan, and any other bankruptcy documents due per the Order Requiring Documents entered on January 20, 2026, it is hereby **ORDERED** that the Debtor's Application for an Extension is **GRANTED**, and the time is extended until **February 27, 2026**, in which the Debtor must complete and file the documents.

BY THE COURT:

**Date: February 18, 2026**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE